1 So.2d 926

**Benton ROSS v. STATE.**

8 Div. 112.

Court of Appeals of Alabama.
March 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

3 So.2d 926

**Rex (Alias R. R.) ROWELL v. STATE.**

4 Div. 679.

Court of Appeals of Alabama.
June 24, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

11 So.2d 174

**Martin (alias Dock) RUFFIN v. STATE.**

2 Div. 712.

Court of Appeals of Alabama.
Nov. 3, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

8 So.2d 906

**L. H. RUSSELL v. STATE.**

8 Div. 281.

Court of Appeals of Alabama.
May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

4 So.2d 925

**Phillip RUTLEDGE v. STATE.**

5 Div. 146.

Court of Appeals of Alabama.
Oct. 7, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

4 So.2d 926

**Jess SAINT v. STATE.**

8 Div. 199.

Court of Appeals of Alabama.
Oct. 28, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.